Randall D. Haimovici (SBN 213635)
rhaimovici@shb.com
Rachael M. Smith (SBN 257866)
rxsmith@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Telephone:     415.544.1900
Facsimile:     415.391.0281

Attorneys for Plaintiff
LEAPFROG ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEAPFROG ENTERPRISES, INC., <br><br>     Plaintiff, <br><br>     vs. <br><br> RAPID DISPLAYS, INC., <br><br>     Defendant. | Case No. 12 CV 4283-JSC <br><br> **STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Complaint Filed:  August 14, 2012 <br> Judge:  Hon. Jacqueline Scott Corley |

Pursuant to Northern District Local Rule 16-2(d), Plaintiff LeapFrog Enterprises, Inc. ("LeapFrog") and Defendant Rapid Displays, Inc. ("Rapid") request that the Court continue the Initial Case Management Conference ("CMC") currently scheduled for December 13, 2012 in Courtroom F, 15th Floor at 1:30 p.m., to January 10, 2013 at 1:30 p.m.  Counsel for LeapFrog is unavailable on December 13, 2012 because counsel will be representing LeapFrog at an arbitration in another matter.  The arbitration is scheduled for December 12-14, 2012 in Orange, California.

LeapFrog has met and conferred with Rapid regarding counsel's unavailability on that date, and the parties have agreed to continue the hearing to January 10, 2013.  The parties stipulate that the remainder of the deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines remain the same.

| | |
|---|---|
| DATED:  November 7, 2012 | Respectfully submitted, |
| | */s/ Randall D. Haimovici* |
| | RANDALL D. HAIMOVICI |
| | RACHAEL M. SMITH |
| | **SHOOK, HARDY & BACON, L.L.P.** |
| | *Attorneys for Plaintiff Leapfrog Enterprises, Inc.* |
| DATED:  November 7, 2012 | Respectfully submitted, |
| | */s/ Oscar L. Alcantara* |
| | OSCAR L. ALCANTARA |
| | STEPHANIE J. HARRIS |
| | **GOLDBERG KOHN LTD** |
| | ANDREW LEIBNITZ |
| | **FARELLA BRAUN + MARTEL LLP** |
| | *Attorneys for Defendant Rapid Displays, Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 7, 2012

_____
JUDGE JACQUELINE SCOTT CORLEY