IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAPFROG ENTERPRISES, INC., | Case No.: 12-cv-4283 JSC |
| Plaintiff, | **ORDER REFERRING CASE TO MAGISTRATE JUDGE LAUREL BEELER FOR A SETTLEMENT CONFERENCE** |
| v. | |
| RAPID DISPLAYS, INC., | |
| Defendant. | |

This matter is referred to Magistrate Laurel Beeler to conduct a settlement conference at her earliest convenience. Counsel will be contacted by Judge Beeler's chambers with a date and time for the conference.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE