1  Oscar L. Alcantara (*pro hac vice*)
   oscar.alcantara@goldbergkohn.com
2  Stephanie J. Harris (*pro hac vice*)
   stephanie.harris@goldbergkohn.com
3  Goldberg Kohn Ltd.
   55 East Monroe Street, Suite 3300
4  Chicago, Illinois 60603
   Telephone:   (312) 201-4000
5  Facsimile:   (312) 332-2196

6  Andrew Leibnitz (State Bar No. 184723)
   aleibnitz@fbm.com
7  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
8  San Francisco, CA  94104
   Telephone:  (415) 954-4400
9  Facsimile:  (415) 954-4480

10 Attorneys for Defendant
   RAPID DISPLAYS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LEAPFROG ENTERPRISES, INC., | Case No. 12 CV 4283-JSC |
| Plaintiff, | **AGREED ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| RAPID DISPLAYS, INC., | |
| Defendant. | |

Pursuant to stipulation and a confidential Settlement Agreement and Release between the parties to this matter, it is hereby ordered that:

1. This matter and all claims asserted herein are hereby dismissed with prejudice.

2. Each of the Parties shall bear their own attorneys' fees, costs and expenses in connection with this case.

3. All future dates are hereby stricken.

///

///

| | |
|---|---|
| DATED:  May 31, 2013 | Respectfully submitted, |

                                               */s/ Randall D. Haimovici*
                                             RANDALL D. HAIMOVICI
                                             RACHAEL M. SMITH
                                             **SHOOK, HARDY & BACON, L.L.P.**

                                             *Attorneys for Plaintiff Leapfrog Enterprises, Inc.*

DATED:  May 31, 2013                      Respectfully submitted,

                                             */s/ Stephanie J. Harris*
                                             OSCAR L. ALCANTARA
                                             STEPHANIE J. HARRIS
                                             **GOLDBERG KOHN LTD**

                                             ANDREW LEIBNITZ
                                             **FARELLA BRAUN + MARTEL LLP**

                                             *Attorneys for Defendant Rapid Displays, Inc.*

     Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated:  May 31, 2013                      By:/s/  Rachael M. Smith
                                                     RACHAEL M. SMITH

DATED:   June 3, 2013                  ENTERED:

                                             By _____
                                                 Jacqueline Scott Corley
                                                 U.S. Magistrate Judge