Oscar L. Alcantara (*pro hac vice*)
oscar.alcantara@goldbergkohn.com
Stephanie J. Harris (*pro hac vice*)
stephanie.harris@goldbergkohn.com
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone:     (312) 201-4000
Facsimile:      (312) 332-2196

Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
RAPID DISPLAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LEAPFROG ENTERPRISES, INC., | ) | Case No. 12 CV 4283-JSC |
| | ) | |
| Plaintiff, | ) | **AGREED ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| RAPID DISPLAYS, INC., | ) | |
| Defendant. | ) | |

Pursuant to stipulation and a confidential Settlement Agreement and Release between the parties to this matter, it is hereby ordered that:

1. This matter and all claims asserted herein are hereby dismissed with prejudice.

2. Each of the Parties shall bear their own attorneys' fees, costs and expenses in connection with this case.

3. All future dates are hereby stricken.

///

///

DATED: May 31, 2013                     Respectfully submitted,

*/s/ Randall D. Haimovici*
RANDALL D. HAIMOVICI
RACHAEL M. SMITH
**SHOOK, HARDY & BACON, L.L.P.**

*Attorneys for Plaintiff Leapfrog Enterprises, Inc.*

DATED: May 31, 2013                     Respectfully submitted,

*/s/ Stephanie J. Harris*
OSCAR L. ALCANTARA
STEPHANIE J. HARRIS
**GOLDBERG KOHN LTD**

ANDREW LEIBNITZ
**FARELLA BRAUN + MARTEL LLP**

*Attorneys for Defendant Rapid Displays, Inc.*

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: May 31, 2013                     By: */s/ Rachael M. Smith*
                                            RACHAEL M. SMITH

DATED: June 3, 2013                     ENTERED:

                                        By _____
                                            Jacqueline Scott Corley
                                            U.S. Magistrate Judge

2
AGREED ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 12 CV 4283-JSC